IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA<br><br>                           v.<br><br>KEONNA THOMAS<br>      a/k/a "Fatayat Al Khilafah"<br>      a/k/a "YoungLioness" | CRIMINAL NO. 15-171 |
|---|---|

## ORDER

**AND NOW**, this 23rd day of December, 2015, upon consideration of the Defendant's Motion to Dismiss the Indictment (ECF 32) and the Government's response thereto (ECF 36), and for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that the Motion is **DENIED.**

                                                            BY THE COURT:

                                                            **/s/ Michael M. Baylson**
                                                            **MICHAEL M. BAYLSON, U.S.D.J.**

O:\steve.2015\15-cr-171 USA V. Keonna Thomas\Order re Dismiss Indictment.docx