## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|                                         |   |                        |
|---|---|---|
| **UNITED STATES OF AMERICA,**           | : |                        |
|                                         | : | CRIMINAL NO. 15-171    |
| v.                                      | : |                        |
| **KEONNA THOMAS,**                      | : |                        |
|   a/k/a "Fatayat Al Khilafah"           | : |                        |
|   a/k/a "YoungLioness"                  | : |                        |

### NOTICE OF CHANGE OF ADDRESS

Please take notice of the following change of address information for the undersigned:

Old Address:

Paul Safier
Levine Sullivan Koch & Schulz, LLP
1760 Market St., Suite 1001
Philadelphia, PA 19103
Tel: (215) 988-9146
Email: psafier@lskslaw.com

New Address as of October 1, 2017

Paul Safier
BALLARD SPAHR LLP
1735 Market St., 51st Floor
Philadelphia, PA 19103
Tel: (215) 988-9146
Email: safierp@ballardspahr.com

Dated: November 13, 2017

Respectfully submitted,

BALLARD SPAHR LLP

By:  */s/Paul Safier*
    Paul Safier
    safierp@ballardspahr.com
    Identification No. 209154
    1735 Market St., 51st Floor
    Philadelphia, PA 19103
    Tel: (215) 988-9146
    Fax: (215) 988-9750

*Attorney for Intervenors Philly Declaration, LLC and Austin Nolen*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of November, 2017, I caused the foregoing **NOTICE OF CHANGE OF ADDRESS** to be served via ECF to the following counsel of record:

Jennifer A. Williams
U.S. Attorney's Office
615 Chestnut St., Suite 1250
Philadelphia, PA 19106
jennifer.a.williams@usdoj.gov

*Attorney for the United States*

Elizabeth Toplin
Federal Community Defender Office
601 Walnut St., Suite 545W
Philadelphia, PA 19106
elizabeth_toplin@fd.org

Kathleen M. Gaughan
Federal Community Defender Office
601 Walnut St., Suite 540
Philadelphia, PA 19106
kathleen_gaughan@fd.org

*Attorneys for Defendant*

    /s/ *Paul Safier*