# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| USA | CRIMINAL ACTION |
| v. | NO. 15-171 |
| KEONNA THOMAS | DATE OF NOTICE: November 26, 2018 |

## NOTICE

Please be advised that the **Status Hearing** scheduled for **Wednesday, November 28, 2018 at 10:00 AM**, before the Honorable Michael M. Baylson in Courtroom 3A (3rd Floor), U.S. Courthouse, 601 Market Street, Philadelphia is CANCELLED.

_____/s/____
Janice Lutz
Criminal Deputy to the
Honorable Michael M. Baylson
267-299-7520

Notice to: Jennifer Williams, AUSA (Email)
Elizabeth Toplin, Defense Counsel (Email)
Kathleen Gaughan, Defense Counsel (Email)
Paul Safier, Esquire (Email)
Michael Berry, Esquire (Email)

O:\Janice\HEARING.NOTICES\15\15-171 status cancelled.doc