IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| United States of America, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | NO. 2:15-cr-00171-MMB |
| : | |
| Keonna Thomas, : | |
| : | |
| Defendant. : | |
| : | |

# **JOINT STIPULATION**

Undersigned counsel hereby jointly stipulate as follows:

1. In light of Keonna Thomas's November 28, 2018 filing (ECF 143), there are no remaining issues before this Court arising out of the November 16, 2016 intervention in these proceedings by Philly Declaration, LLC and Austin Nolen.

Dated: December 3, 2018                    Respectfully submitted,

*/s/Elizabeth Toplin*                                             */s/ Paul Safier*
Elizabeth Toplin                                                   Michael Berry
Kathleen M. Gaughan                                          berrym@ballardspahr.com
Federal Community Defender Office                  Paul Safier
601 Walnut St., Suite 540                                    safierp@ballardspahr.com
Philadelphia, PA 19106                                        Ballard Spahr LLP
                                                                              1735 Market Street, 51st Floor
*Attorneys for Defendant Keonna*                        Philadelphia, PA 19103-7599
*Thomas*                                                                Telephone: 215.665.8500
                                                                              Facsimile: 215.864.8999

*/s/Jennifer A. Williams*
Jennifer A. Williams                                             *Attorneys for Intervenors Philly Declaration,*
U.S. Attorney's Office                                          *LLC and Austin Nolen*
615 Chestnut St., Suite 1250
Philadelphia, PA 19106

*Attorney for the United States*