IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| United States of America, | : |
| Plaintiff, | : |
| v. | : NO. 2:15-cr-00171-MMB |
| Keonna Thomas, | : |
| Defendant. | : |

## JOINT STIPULATION

Undersigned counsel hereby jointly stipulate as follows:

1. In light of Keonna Thomas's November 28, 2018 filing (ECF 143), there are no remaining issues before this Court arising out of the November 16, 2016 intervention in these proceedings by Philly Declaration, LLC and Austin Nolen.

Dated: December 3, 2018          Respectfully submitted,

/s/Elizabeth Toplin
Elizabeth Toplin
Kathleen M. Gaughan
Federal Community Defender Office
601 Walnut St., Suite 540
Philadelphia, PA 19106

*Attorneys for Defendant Keonna Thomas*

/s/Jennifer A. Williams
Jennifer A. Williams
U.S. Attorney's Office
615 Chestnut St., Suite 1250
Philadelphia, PA 19106

*Attorney for the United States*

/s/ Paul Safier
Michael Berry
berrym@ballardspahr.com
Paul Safier
safierp@ballardspahr.com
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: 215.665.8500
Facsimile: 215.864.8999

*Attorneys for Intervenors Philly Declaration, LLC and Austin Nolen*